

## NUMBER 13-12-00135-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

WILLIAM EDWARD STERLING,                                                         Appellant,

v.

THE STATE OF TEXAS,                                                             Appellee.

### On Appeal from the 24th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION
### Before Justices Rodriguez, Garza, and Vela
### Memorandum Opinion Per Curiam

Appellant, William Edward Sterling, pro se, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
20th day of December, 2012.